In the Matter of the Claim of AUGUSTA FRIEDMAN against AARON J. SIMON et al., as Executors of SAMUEL KLEIN, Deceased, et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued June 8, 1944; decided July 19, 1944.

*William S. Sinclair* and *George J. Stacy* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Orrin G. Judd* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.